UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DIANA HORNBECK                           4:04-CV-7-RRB/JDR
    Plaintiff
Vs
MICHAEL J. ASTRUE                       **ORDER**
    Commissioner, Social Security Administration
    Defendant

Plaintiff Diana Hornbeck brings this action seeking judicial review of a final decision of the Commissioner of Social Security denying Plaintiff's claim for Supplemental Security Income (SSI) disability benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3). This Court affirmed the decision of the Commissioner in June 2005 at docket 24 (Minute Order) and docket 25 (Judgment). The United States Court of Appeals for the Ninth Circuit has reversed that decision with instructions to remand to the Commissioner for further administrative proceedings. *See* Docket 31 (Judgment); 30 (Mem.).

IT IS THEREFORE ORDERED:

The decision of the SSA is REVERSED and the matter REMANDED with directions to fully develop the record consistent with the Ninth Circuit's Memorandum, hold a new hearing, and reevaluate Plaintiff's claim accordingly.

December \_\_11\_\_, 2007           _____
                                       Ralph R. Beistline
                                       United States District Judge