## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

DIANA HORNBECK,
     Plaintiff,

                          Case Number 4:04-CV-00007-RRB

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,         **AMENDED**
     Defendant.               **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the decision of the Social Security Administration is REVERSED and the matter REMANDED with directions to fully develop the record consistent with the Ninth Circuit's Memorandum (docket 30 and 31), hold a new hearing, and reevaluate Plaintiff's claim accordingly.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: December 17, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                              IDA ROMACK
                       Ida Romack, Clerk of Court

[ ]{JMT2.WPT*Rev.3/03}